IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| CARLO CORDOVA,<br>   *Plaintiff,*<br><br>v.<br><br>ROY PADILLA, in his Individual Capacity,<br>ELOY INFANTE, in his Individual Capacity<br>ELPIDIO YANEZ, Jr., in his Individual Capacity,<br>ALBERTO SANDOVAL, in his Individual Capacity<br>DAVID DE LOS RIOS, in his Individual Capacity,<br>DONNA INDEPENDENT SCHOOL DISTRICT,<br>And all Unknown Co-Conspirators<br>   *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§    CASE NO: 7:17-CV-00014<br>§<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFF'S OPPOSED EMERGENCY MOTION FOR LEAVE TO FILE MOTION TO CONTINUE ISSUANCE OF ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Carlo Cordova, and files this Opposed Emergency Motion for Leave to File Motion to Continue Issuance of Order on Defendants' Motion for Summary Judgment, and would show the Court the following:

**I.**

The Court heard Defendants' Motion for Summary Judgment on January 19, 2018. The Court advised the parties that a ruling on the motion would be issued February 6, 2018 and has set a hearing for that date.

Since the date of the summary judgment hearing, Plaintiff has obtained evidence that he believes is critical to the Court's decision on whether or not to grant Defendants' Motion for Summary Judgment.

As such, counsel for Plaintiff respectfully requests that the Court grant its Opposed Emergency Motion for Leave to File Motion to Continue Issuance of Order on Defendants' Motion for Summary Judgment. Plaintiff's proposed motion is attached as Exhibit A.

        Respectfully submitted,

        THE MELTON LAW FIRM, P.L.L.C.
        2705 Bee Cave Road, Suite 220
        Austin, Texas 78746
        Telephone: 512/330-0017
        Facsimile: 512/330-0067

        */s/ John F. Melton*
        John F. Melton
        State Bar No.: 24013155
        Jmelton@jfmeltonlaw.com

        THE FERRARO LAW FIRM
        1504 West Avenue
        Austin, Texas 78701
        Telephone: 512/474-7742
        Facsimile: 512/474-8106
        Ferrarolaw.@mac.com

        */s/ Peter E. Ferraro*
        Peter E. Ferraro
        State Bar No. 06934600
        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 1, 2018, a true and correct copy of the above and foregoing document was served *via* the Court's CM/ECF electronic service to:

*Via email:* Eddie@esparzagarza.com
*Via email:* dino@esparzagarza.com
Eduardo G. Garza
Roman "Dino" Esparza
Esparza & Garza, LLP
964 E. Los Ebanos
Brownsville, Texas 78520

>/s/ John F. Melton
>John F. Melton

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he has conferred with Defendants' counsel regarding this motion and that Defendants' counsel is opposed.

>/s/ John F. Melton
>John F. Melton