IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CARLO CORDOVA<br>　　Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. 7:17-CV-14<br>(JURY REQUESTED) |
| DONNA INDEPENDENT SCHOOL DISTRICT<br>　　Defendant | §<br>§ | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant DONNA INDEPENDENT SCHOOL DISTRICT and Plaintiff CARLO CORDOVA and file this stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a), and in support thereof would respectfully show unto the court the following:

**I.**

The above named Defendant and Plaintiff by and through their attorneys of record, hereby respectfully inform the Court that this matter has been resolved between them, and that the above named Plaintiff and Defendant hereby pray that all causes of action brought against Defendant herein be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, Defendant and Plaintiff respectfully request that this Court enter an Order dismissing this suit brought by Plaintiff Carlo Cordova with prejudice as to Defendant Donna Independent School District, with all Court costs to be taxed against the party incurring same.

Signed on this 20th day of September, 2019.

Respectfully submitted,

**ESPARZA & GARZA, L.L.P.**
964 E. Los Ebanos
Brownsville, Texas 78520
Telephone: (956) 547-7775
Facsimile: (956) 547-7773

By: /s/ Eduardo G Garza
    Eduardo G Garza
    State Bar No.  00796609
    USDC ADM. No. 20916
    Roman "Dino" Esparza
    State Bar No.  00795337
    USDC ADM. No. 22703
    Attorneys for Defendant

**THE MELTON LAW FIRM, P.L.L.C.**
2705 Bee Cave Road, Suite 220
Austin, Texas  78746
(512) 330-0017 Telephone
(512) 330-0067 Facsimile

By: /s/ John F. Melton
    John F. Melton
    State Bar No.  24013155
    jmelton@jfmeltonlaw.com
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on September 20, 2019, pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the above and foregoing document was served on each party to this action by Defendants' submission of this document to the U.S. District Court electronically to the DCECF system.

    /s/ Eduardo G Garza
       Eduardo G Garza